IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants. | No. C 08-05646 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on April 3, 2009 on Defendants' motion to dismiss for improper venue or to transfer. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 3, 2009 and a reply brief shall be filed by no later than March 10, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 17, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE