IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-05646 JSW<br><br>**ORDER CONTINUING HEARING** |

The Court HEREBY CONTINUES the hearing on Defendants' motion to dismiss for improper venue or to transfer from April 3, 2009 to April 10, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 30, 2009

                                                          JEFFREY S. WHITE<br>
                                                          UNITED STATES DISTRICT JUDGE