JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA LYNNE RUSSELL, Assistant Section Chief
MICHAEL R. EITEL, Trial Attorney (Neb. Bar No. 22889)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone:    303-844-1479
Facsimile:    303-844-1350
Email:        Michael.Eitel@usdoj.gov

CHARLES R. SHOCKEY, Trial Attorney (D.C. Bar No. 914879)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:    916-930-2203
Facsimile:    916-930-2210
Email:        charles.shockey@usdoj.gov

*Attorneys for Defendants*

LISA T. BELENKY (CA Bar No. 203225)
JUSTIN AUGUSTINE (CA Bar No. 235561)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone:    (415) 436-9682 x 307
Facsimile:    (415) 436-9683
Email:        lbelenky@biologicaldiversity.org
              jaugustine@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity,
Sierra Club, and California Wilderness Coalition*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>    Defendants. | Case No. 3:08-cv-05646 JSW<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO TRANSFER VENUE and ORDER** [proposed]<br>[CIV L.R. 7-11 and 7-12]<br><br>Hearing Date: April 10, 2009<br>Time: 9:00 a.m.<br>Courtroom: 11<br>Judge: Honorable Jeffrey S. White |

Pursuant to Civil Local Rules 7-11 and 7-12, the defendants, Bureau of Land Management (BLM), *et al.*, and the plaintiffs, Center for Biological Diversity, *et al.,* file this Joint Stipulation to Continue Hearing on Motion to Transfer Venue, along with a proposed Order.

WHEREAS, the hearing on that motion is set for Friday, April 10, 2009, at 9:00 a.m.,

WHEREAS, the defendants' counsel has requested a continuance of one week, until Friday, April 17, 2009, at 9:00 a.m., and

WHEREAS, the plaintiffs have no objection to the requested continuance,

THEREFORE, the defendants and the plaintiffs hereby stipulate and agree to request that the court continue the hearing on the motion to transfer venue until Friday, April 17, 2009, at 9:00 a.m..

Respectfully submitted this 2nd day of April, 2009.

*/s/ Charles R. Shockey*

CHARLES R. SHOCKEY, Attorney (DC Bar No. 914879)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: 916-930-2203 / Fax: 916-930-2210
Email: charles.shockey@usdoj.gov
Attorneys for Defendants

*/s/ Lisa T. Belenky*

LISA T. BELENKY (CA Bar No. 203225)
JUSTIN AUGUSTINE (CA Bar No. 235561)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone:  (415) 436-9682 x 307
Facsimile:  (415) 436-9683
Email:  lbelenky@biologicaldiversity.org
        jaugustine@biologicaldiversity.org
Attorneys for Plaintiffs

Pursuant to the parties' stipulation, the Court HEREBY CONTINUES the hearing on the pending motion to transfer to April 24, 2009 at 9:00 a.m.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~
IT IS SO ORDERED.

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Dated: April _3___, 2009.

JOINT STIPULATION TO CONTINUE HEARING
ON MOTION TO TRANSFER VENUE and
ORDER [~~proposed~~]                    2                    Case No.  3:08-cv-05646-JSW